## 53107. GUTHRIE et al. v. MONUMENTAL PROPERTIES, INC. et al.

WEBB, Judge.

This is an appeal from an order denying plaintiffs' motion to add various parties defendant and dismissing the complaint as to them. Since the order appealed from is not a final judgment (*Smith v. Winer*, 219 Ga. 738 (135 SE2d 892) (1964); *White v. Wright*, 124 Ga. App. 151 (183 SE2d 90) (1971)), and the interlocutory appeal procedure specified by Code Ann. § 6-701(a) 2 has not been followed, the motion to dismiss the appeal must be granted. *Tingle v. Lokey & Bowden*, 137 Ga. App. 368 (223 SE2d 763) (1976); *Chambers v. Lowe's of Doraville*, 138 Ga. App. 626 (227 SE2d 92) (1976).

*Appeal dismissed. Deen, P. J., and Marshall, J., concur.*

ARGUED JANUARY 5, 1977 — DECIDED JANUARY 12, 1977.

*Jessee, Ritchie & Duncan, C. James Jessee, Jr., George E. Duncan, Jr.,* for appellants.

*N. Forrest Montet, Gambrell, Russell, Killorin & Forbes, David A. Handley, Jack O. Morse, Swift, Currie, McGhee & Hiers, W. Wray Eckl, Drake E. Chandler, Skinner, Wilson, Beals & Strickland, John V. Skinner, Jr., Hopkins, Gresham & Whitley, Thomas P. Gresham,* for appellees.